IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROGER GODWIN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

17-cv-772-wmc

v.

HON. RUDOLF RANDA,
ATTORNEY THOMAS WILMOUTH,
STEPHEN INGRAHAM, and
JUDGE J.P. STADMUELLER.

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 11/05/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |